UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIZABETH M. GOLDWIRE,

Plaintiff,

v.

Case No: 6:16-cv-1576-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Elizabeth M. Goldwire's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Supplemental Security Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] On January 9, 2018, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 20), to which Goldwire filed objections (Doc. 21) and the Commissioner filed a response (Doc. 22).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Goldwire's disability claims. After *de novo* review of the portions of the Report and Recommendation to which Goldwire objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 17.)

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this 28 day of February, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record